PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Troy Dodson            Cr.: 04-CR00443-01

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 08/18/05

Original Offense: Bank Fraud (Count one); Conspiracy to Structure Financial Transactions (Count two); Conspiracy To Commit Bank Fraud (Count three); Interstate Transport of Stolen Property (Counts four and five)

Original Sentence: 50 months imprisonment, 5 years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 12/11/06

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

It is the recommendation of this office that the special condition directing the offender to make restitution jointly and severally in the amount of $2,130,130.92, with interest waived, be modified to include monthly payments in the amount of at least $50.

## CAUSE

A financial investigation was conducted to determine the offender's ability to pay the court-ordered restitution. Based on a review of Dodson's financial records, including a Personal Financial Statement and Credit Bureau Check, he is capable of making monthly payments of at least $50.

Respectfully submitted,

By: Nancy Hildner
Senior U.S. Probation Officer
Date:

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/29/07
Date

PROB 49

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEW JERSEY

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender is to make restitution in the amount of $2,130,130.92 (with interest waived) at the rate of $50.00 per month.

Witness:

Luis A. Caso, CFE
Senior U.S. Probation Officer

Signed:

Troy Dodson
Supervised Releasee

10-30-07
DATE